LASERFACTURING, INC. and The TwentyFirst Century Corporation (doing business as TC Arts & Laserfactures), Plaintiffs–Appellants,

v.

DAIMLERCHRYSLER CORPORATION (Now Old Carco Liquidated Trust), Defendant–Appellee.

No. 2009–1013.

United States Court of Appeals, Federal Circuit.

Jan. 13, 2012.

## ORDER

Upon consideration of the notice of injunction submitted by the appellee, and the court having received no additional status reports from the parties,

IT IS ORDERED THAT:

(1) The appeal is dismissed without prejudice to reinstatement by the appellant, if appropriate, pursuant to Fed. Cir. R. 47.10. Each side shall bear its own costs at this time.

(2) The clerk shall retain all copies of briefs and appendices at this time.

(3) The revised official caption is reflected above.